COM.

v.

**LUGOWSKI, C.**

**3549 EDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–23–CR–0007169–2015
(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: J.H.R., a Minor**